FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0363

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0363

_____

IN RE THE MARRIAGE OF:

DIANE KRANTZ,

      Petitioner and Appellee,

and

ORDER

KEITH KRANTZ,

      Respondent and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable James A. Manley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2021